No. 10,828.

MILLER v. LEVINE.

Decided April 7, 1924.

Action for dissolution of partnership, and accounting. Judgment for plaintiff.

*Affirmed.*

*On Application for Supersedeas.*

1. APPEAL AND ERROR—*Fact Findings.* Where the evidence is ample to sustain the findings of the trial court, they will not be disturbed on review.

*Error to the District Court of Chaffee County, Hon. James L. Cooper, Judge.*

Mr. HAMLET J. BARRY, for plaintiff in error.

Mr. J. NELSON TRUITT, for defendant in error.

*Department Three.*

MR. JUSTICE SHEAFOR delivered the opinion of the court.

THE plaintiff in the court below, Levine, brought suit, asking for a dissolution of a partnership alleged to be existing between plaintiff and defendant, and for an accounting and settlement of the partnership affairs.

The parties are here designated as in the court below. The defendant denied the existence of the copartnership and alleged that a full settlement had been made of all matters of difference between them. The court found the issues, and rendered judgment, in favor of the plaintiff. Defendant brings the case here and applies for a supersedeas.

The evidence, as disclosed by the record in this case, is ample to sustain the findings and judgment of the court, and we cannot disturb them. *Plains Iron Works Co. v. Haggott,* 72 Colo. 228, 210 Pac. 696; *Way v. Smith,* 73 Colo. 348, 215 Pac. 868.

No other question being presented for our consideration, and finding no error in the record, the supersedeas is denied and the judgment affirmed. ·

MR. CHIEF JUSTICE TELLER and MR. JUSTICE CAMPBELL concur.